# MINUTE ORDER

Page 2

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 3/4/2021     Time: 1:00 p.m.

Defendant: Tyrese Cooper     J#: 32859-509     Case #: 21-2323-MJ-REID (SEALED)
AUSA: Hillary Irwin     Attorney: AFPD Vanessa Chen
Violation: Consp/Commit Hobbs Act Robbery/Consp. Possess/Carry, or Brandish Firearm in Furtherance of Crime of Violence     Surr/Arrest Date: 3/4/2021     YOB: 2000

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: Temp PTD
Bond Set at:     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: English

Disposition:
- Case unsealed
- Deft advised of rights
- Deft consents to appear by video
- Court appts AFPD
- Gvt req PTD re risk/danger
- Brady warning given
- Prelim/Arraign TBD @ PTD hrg

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
(PTD)/Bond Hearing: 3/9   10am   "   "
(Prelim/Arraign) or Removal:
Status Conference RE:
D.A.R. Zoom-JB-03042021 / 2:07 / 3:23 pm   Time in Court: 8 mins

s/Jacqueline Becerra     Magistrate Judge