FILED BY _____ D.C.

**Mar 18, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**JA**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
## 21-20173-CR-SCOLA/GOODMAN
#### CASE NO. _____

18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

**vs.**

**TYRESE COOPER,**

      **Defendant.**

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

On or about June 30, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TYRESE COOPER,**

did knowingly and unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b)(l) and (b)(3), in that the defendant did take mobile phones from the person and in the presence of a person employed by Mobile One store, located at 798 NW 183rd Street, Miami Gardens, Florida., a business and company operating in interstate and foreign commerce, against the will of that person, by means of actual and threatened force, violence, and fear of injury to that person, in violation of Title 18, United States Code, Section 1951(a) and 2.

## COUNT 2
### Brandishing a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii) and 2)

On or about June 30, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

### TYRESE COOPER,

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code Section 1951(a), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2, it is further alleged that the firearm was brandished.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TYRESE COOPER**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1951(a), as alleged in this Indictment, the defendant, **TYRESE COOPER**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), made criminally applicable by Title 28, United States Code, Section 2461(c).

3.      Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other violation of criminal law, the defendant, **TYRESE COOPER**, shall forfeit to the United

States any firearm or ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TYRESE COOPER,

_____
Defendant. _____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New defendant(s)　　　　Yes ____　No ____
Number of new defendants ____
Total number of counts ____

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　　(Yes or No)　　No ____
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | | (Check only one) | |
   |---|---|---|---|---|---|---|
   | I | 0 to 5 days | X | | Petty | _____ |
   | II | 6 to 10 days | _____ | | Minor | _____ |
   | III | 11 to 20 days | _____ | | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | | Felony | ✓ |
   | V | 61 days and over | _____ | | | |

6. Has this case previously been filed in this District Court?　　(Yes or No)　　No ____
   If yes: Judge _____　　Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?　　(Yes or No)　　Yes ____
   If yes: Magistrate Case No. __21-MJ-02323-REID_____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of __March 3, 2021_____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)　　No ____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?　　Yes ____　No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?　　Yes ____　No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?　　Yes ____　No ✓

_____

HILLARY IRVIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502595

\*Penalty Sheet(s) attached

REV 6 5/2020

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **TYRESE COOPER**

**Case No:**

Count #: 1

Hobbs Act Robbery

Title 18, United States Code, Section 1951(a) and 2

**\*Max. Penalty:** 20 years' imprisonment

Count #: 2

Brandishing a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)

**\*Max. Penalty:** life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**