UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20173-CR-SCOLA

UNITED STATES OF AMERICA

v.

TYRESE COOPER,

    **Defendant.**
_____/

## FACTUAL PROFFER

The United States of America and Tyrese Cooper (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred, in the Southern District of Florida:

On June 30, 2020 the Defendant went to the Mobile One store located at 798 NW 183rd Street, Miami Gardens, Florida, with two unidentified males. Mobile One is a mobile electronic retailer which operates in interstate commerce. Surveillance videos inside of the store captured the Defendant entering the store wearing a hooded jacket and a facemask. Once inside of the store, the Defendant removed a .22 caliber firearm from his jacket pocket and pointed it toward the back of the store. The store owner working inside of the store ran to the back of the store in fear for his life when he saw the Defendant brandish the firearm. The Defendant and the two other individuals advanced towards a glass display case holding mobile phones. The Defendant broke the glass display case with the firearm, which he held in his right hand. The Defendant cut his hand while breaking the glass display case and bled on the case. The two other individuals reached into the display case and quickly removed multiple mobile phones before all three males ran out of the store. The Defendant's hand also bled on the front door of the store.

Miami Gardens police officers responded to the store to investigate the robbery. Officers collected blood samples from the broken glass display case and the store's front door. Officers submitted the blood samples to the Miami-Dade crime lab for DNA analysis.

In August of 2020, the store owner received an anonymous call about the robbery. The caller stated that the Defendant was involved in the robbery. The store owner contacted officers about the tip. Officers asked the Miami-Dade crime lab to query the Combined DNA Index System (CODIS) to determine whether the blood collected from inside of the store was a DNA match to the Defendant. In October of 2020, officers received notice that the blood collected from inside of the Mobile One store was a DNA match to the Defendant.

Following the Defendant's arrest, officers provided the Defendant verbal and written *Miranda* warnings. After signing the *Miranda* waiver and verbally waiving those rights, the Defendant confessed to committing the robbery. The Defendant told officers that the firearm he used during the robbery was a .22 caliber firearm. The Defendant stated that he no longer had the firearm. At the time of the Defendant's post-*Miranda* interview, he had visible scars on his right hand from breaking the glass display case during the robbery.

[space intentionally left blank]

The parties agree that these facts establish a violation of Title 18, United States Code, Section 1951(a), Hobbs Act robbery, and Title 18, United States Code, Section 924(c)(1)(A)(ii) brandishing a firearm in furtherance of a crime of violence.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/10/21      By: _____
HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY

Date: 12/10/21      By: _____
ELIZABETH BLAIR
ATTORNEY FOR DEFENDANT

Date: 12/10/21      By: _____
TYRESE COOPER
DEFENDANT

3